UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HESTER ADAMS, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-12-1627 |
| CAROLYN W. COLVIN,[1] | § § | |
| *Acting Commissioner of the Social Security Administration*, | § § § | |
| *Defendant*. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 2, 2013 (Dkt. 15), to which plaintiff Hester Adams ("Adams") did not object, the court is of the opinion that the Memorandum and Recommendation be adopted by this court.

Therefore, it is **ORDERED** that the Memorandum and Recommendation (Dkt. 15) is hereby **ADOPTED** by this court. Adams's motion for summary judgment (Dkt. 12) is **DENIED**, and defendant Carolyn W. Colvin's cross-motion for summary judgment (Dkt. 11) is **GRANTED**. It is further **ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

Signed at Houston, Texas on July 23, 2013.

_____
Gray H. Miller
United States District Judge

---

[1] Michael J. Astrue was the Commissioner of the Social Security Administration at the time that the plaintiff filed this case, but Astrue no longer holds that position. On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration and, as such, is automatically substituted as the defendant. *See* FED. R. CIV. P. 25(d).